IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUDY KAY ZIMMERMAN ESTATE;
zimmerman judy kay, acting exceutor;
injured third-party intervenor,                    JUDGMENT IN A CIVIL CASE

    Plaintiff,                                             14-cv-375-jdp

v.

JUDY K ZIMMERMAN TRUST;

    Defendant/Third-Party Plaintiff,
v.

DEANNE M. KOLL, registered agent;
MICHAEL J. FAIRCHILD, registered agent;
ROD W. SMELTZER, registered agent;
JOHN DOES 1-100, registered agent(s);

    Third-Party Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case as frivolous.

| /s/ | 6/26/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |

Case: 3:14-cv-00375-jdp Document #: 4 Filed: 06/26/14 Page 2 of 2